

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 07 2012

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# United States District Court

## for the

### Eastern District of Arkansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Mandy Renee Lee          Case Number:  4:07CR00317-014 JMM

Name of Sentencing Judicial Officer:     Honorable James M. Moody
                                          United States District Judge

Offense:                    Misprision of a Felony

Date of Sentence:           February 22, 2010

Sentence:                   4 years probation, substance abuse treatment, drug testing, DNA testing and
                            $100 special penalty assessment

Type of Supervision:        Probation          Date Supervision Commenced:  February 22, 2010
                                               Expiration Date:  February 21, 2014

Asst. U.S. Attorney:  Anne Gardner            Defense Attorney:  To be determined

U.S. Probation Officer:  Dwayne M. Ricks
Phone No.:  501-604-5273

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The defendant shall participate in mental health counseling under the guidance and supervision
> of the U.S. Probation Office

### CAUSE

On March 9, 2012, Ms. Lee requested permission to attend mental health counseling in order to address
some personal issues that were having a negative effect on her life.  On March 29, 2012, Ms. Lee signed
a Prob 49 waiver agreeing to the above-mentioned condition.  On this same date, Ms. Lee signed an
admission of drug use form indicating she had used methamphetamine on March 29, 2012.

On April 26, 2012, Ms. Lee spoke with Federal Public Defender Kim Driggers, who also agreed to the
modification.

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender:  Mandy Renee Lee

*Dwayne Ricks*

Dwayne M. Ricks
U.S. Probation Officer

Date:  5/3/12

Case Number:  4:07CR00317-014 JMM

*Anne Gardner*

Anne Gardner
Assistant U.S. Attorney

Date:  6/6/12

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

*James M Moog*
Signature of Judicial Officer

6/7/12

Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

*Alan Scheuvel*

Supervising U.S. Probation Officer

DMR/sli

c:  Federal Public Defender Office, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
     Assistant U.S. Attorney, Anne Gardner, P.O. Box 1229, Little Rock, AR 72203

PROB 49

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

Witness: _____     Signed: _____
U.S. Probation Officer           Probationer or Supervised Releasee

3-29-12
DATE