IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                CASE NO. 4:07cr00317-14 JMM

MANDY RENEE LEE

### AMENDED JUDGMENT & COMMITMENT

The Judgment entered in this case on January 4, 2013, (DE #863) is amended. At the request of the supervising officer an additional special condition of supervised release is that the defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED this 9th day of January, 2013.

                                                                                                                                           _____
                                                                      UNITED STATES DISTRICT JUDGE