IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                             CASE NO. 4:07cr00317-10 JMM

BRANDY DENNIS

## ORDER

Defendant appeared this date on the motion to revoke supervised release (DE #897) and Defendant's motion to modify condition of release (DE #906).

Defendant admitted to the allegations contained in the motion to revoke. Following statements by counsel, the court will hold the motion to revoke in abeyance for a period of ninety (90) days.

Defendant's conditions of supervised release are modified to require Defendant to live with her mother.[1] The special condition that Defendant participate in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment remain in effect. Defendant is directed to continue mental health counseling. The cost for the counseling will be at Defendant's expense. All other conditions of supervision remain in effect

Defense counsel is directed to submit monthly reports of Defendant's progress. These reports may be filed under seal.

Any further violations may result in an immediate hearing to consider revocation.

IT IS SO ORDERED this 25th day of July, 2013.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

---

[1] Defendant's motion to modify conditions (DE #906) is granted.